**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                               **4:98-CR-00252-01-BRW**

**DEWAYNE ALAN JERNIGAN**

**ORDER**

Defendant's Motion for Reconsideration (Doc. No. 128) is DENIED.

IT IS SO ORDERED this 10th day of March, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

1